**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Stefen Harris, Appellant,

v.

South Carolina Department of Corrections, Respondent.

Appellate Case No. 2014-000048

Appeal From The Administrative Law Court
John D. McLeod, Administrative Law Judge

Unpublished Opinion No. 2015-UP-063
Submitted December 1, 2014 – Filed February 2, 2015

**AFFIRMED**

Stefen Harris, pro se.

Shanika K. Johnson, of the South Carolina Department of Corrections, of Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: S.C. Code Ann. § 1-23-610(B)(d) (Supp. 2014) (providing this court may reverse or modify a decision of the administrative law court if the substantive rights of the appellant have been prejudiced because the decision is affected by an error of law); S.C. Code Ann. § 44-53-375(C)(1)(c) (Supp. 1994) (providing a

person convicted of a third offense of trafficking in ten or more grams but less than twenty-eight grams of methamphetamine or cocaine base must serve "a mandatory minimum term of imprisonment of not less than twenty-five years nor more than thirty years, no part of which may be suspended nor probation granted").

**AFFIRMED.**[1]

**WILLIAMS, GEATHERS, and McDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.